*June 29, 2017*

2017-Ohio-5562.]

**2017–0436. In re Complaint of Harris Design Servs. v. Columbia Gas of Ohio, Inc.**
Public Utilities Commission, No. 15–405–GA–CSS. On appellant's motion for leave to file corrected merit brief. Motion denied. On appellee's motion to suspend briefing schedule. Motion granted.

*July 5, 2017.*

2017-Ohio-5699.]

**2016–1734. State v. Kiser.**
Sandusky App. No. S–15–030, 2016-Ohio-7338. Discretionary appeal accepted, judgment reversed, and cause remanded for application of *State v. Gonzales*, 150 Ohio St.3d 276, 2017-Ohio-777, 81 N.E.3d 419.
KENNEDY, J., dissents.

**2016–1775. Cromer v. Children's Hosp. Med. Ctr. of Akron.**
Summit App. No. 25632, 2012-Ohio-5154. Discretionary appeal accepted, judgment vacated, cause remanded on the authority of *Bryan–Wolman v. Domonko*, 115 Ohio St.3d 291, 2007-Ohio-4918, 874 N.E.2d 1198, and appellate court instructed to consider remaining issues on remand.